UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MCLEAN GORDON,

                    **Plaintiff**

          -against-

EQUITAS CAPITAL GROUP, LLC and
ALEX LEYKIND,

                  **Defendants.**

1:24-cv-06789 (ALC)

**ORDER**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The pre-motion conference previously scheduled for October 18, 2024, at 2:00 P.M. is ADJOURNED to **October 31, 2024, at 2:00 P.M. Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:    October 18, 2024
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**