UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
MCLEAN GORDON,

                                     **Plaintiffs,**

        -against-                          1:24-cv-06789 (ALC)

EQUITAS CAPITAL GROUP, LLC and       **ORDER**
ALEX LEYKIND,

                                **Defendants.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

        The parties should submit a joint status report by December 17, 2024 providing details regarding settlement discussions including whether parties would like the court's assistance in those discussions. If parties feel that settlement is unlikely at that time they should jointly propose a schedule for the filing of an amended complaint and a briefing schedule for Defendants' motion to dismiss.

**SO ORDERED.**

Dated:    October 31, 2024
             New York, New York

                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**