UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────x

MCLEAN GORDON,

        Plaintiff,

  -against-

EQUITAS CAPITAL GROUP, LLC, and
ALEX LEYKIND,

        Defendants.

───────────────────────────────x

Case No. 24-cv-6789 (ALC) (VF)

**Fed. R. Civ. P. 7.1 Statement**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for defendants Equitas Capital Group, LLC, and Alex Leykind, hereby certifies the following:

Equitas Capital Group, LLC, is fully owned by three individuals, which are defendant Alex Leykind, an individual domiciled in Brooklyn, New York, Arsen Atbashyan, an individual domiciled in Brooklyn, New York, and Denis Abayev, an individual domiciled in Brooklyn, New York.

Dated: New York, New York
       May 1, 2025

**MILLER, LEIBY & ASSOCIATES, P.C.**

By: /s/ *David Lewittes*
    David Lewittes, Esq.
32 Broadway, 13th Floor
New York, New York 10004
(212) 227-4200
*Attorneys for Defendants*
*Equitas Capital Group, LLC,*
*and Alex Leykind*