UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MCLEAN GORDON,

                        Plaintiff,                        24-CV-6789 (ALC) (VF)

          -against-                          **ORDER**

EQUITAS CAPITAL GROUP, LLC, et al.,

                        Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter was scheduled for October 9, 2025. The parties were directed to provide pre-conference submissions no later than October 2, 2025. ECF No. 37. The Court has not received any submission from Defendants. Thus, the October 9, 2025 settlement conference is hereby adjourned.

      **SO ORDERED.**

DATED:    New York, New York
               October 6, 2025

                                                                           VALERIE FIGUEREDO
                                                                       United States Magistrate Judge