UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MCLEAN GORDON,

                    Plaintiff,                    24-CV-6789 (ALC) (VF)

      -against-                          **ORDER**

EQUITAS CAPITAL GROUP, LLC, et al.,

                    Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At ECF Nos. 34 and 36, the parties disputed whether Plaintiff could issue a third-party subpoena at this stage of the case. In light of Judge Carter's opinion on the motion to dismiss, see ECF No. 38, the parties are directed to send the Court a letter by **October 31, 2025**, indicating whether they are still at an impasse with regards to the third-party subpoena issue first raised at ECF No. 34.

      **SO ORDERED.**

DATED:    New York, New York
              October 23, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge