**MILLER, LEIBY & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

32 Broadway, 13th Floor • New York, NY 10004
Tel 212.227.4200 • Fax 212.504.8369 • MillerLeiby.com

November 3, 2025

**By ECF**
The Honorable Valerie Figueredo
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660

Re:   *McLean Gordon v. Equitas Capital Group, LLC, and Alex Leykind*,
      <u>24 Civ. 06789 (ALC) (VF); Defendants' Letter Pursuant To ECF 45</u>

Your Honor:

   The undersigned, on behalf of defendants Equitas Capital Group, LLC ("Equitas") and Alex Leykind (collectively "defendants"), submits this letter in accordance with this Court's October 23, 2025, Order (Dkt. No. 45). The parties have conferred. Defendants submit that the issue of the third-party subpoena is moot in light of Judge Carter's order granting defendants' motion to dismiss (Dkt. No. 38). Plaintiff's counsel informed the undersigned that plaintiff agrees that the issue of said subpoena is moot. However, he would not agree to state that it is moot in light of Judge Carter's order. The undersigned, by e-mail, asked plaintiff's counsel to clarify why he would not agree to that language. Plaintiff's counsel did not respond to that inquiry. Accordingly, not having heard from plaintiff's counsel by end of business on October 31, 2025, defendants now respectfully submit this letter.

Very truly yours,
**MILLER, LEIBY & ASSOCIATES, P.C.**

By:   /s/ *David Lewittes*
         David Lewittes, Esq.

*Attorneys for Defendants*
*Equitas Capital Group, LLC, and*
*Alex Leykind*
dlewittes@millerleiby.com

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 5, 2025**

In light of the representation of the parties at ECF No. 49, the Clerk of the Court is respectfully directed to terminate the motion at ECF No. 34.