USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/7/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MCLEAN GORDON, :
       **Plaintiff** :
              :   1:24-cv-06789 (ALC) (VF)
   -against- :
              :   **ORDER**
              :
EQUITAS CAPITAL GROUP, LLC and :
ALEX LEYKIND, :
         **Defendants.** :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

   On November 6, 2025, Defendants submitted a letter motion requesting a pre-motion conference in light of their anticipated motion to dismiss Plaintiff's second amended complaint. ECF No. 51. Plaintiff is ordered to file a response stating his position on Defendants' letter motion by **November 12, 2025.**

**SO ORDERED.**

Dated: **November 7, 2025**
     **New York, New York**

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**