USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __12/3/25__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

   **MCLEAN GORDON,**

                    **Plaintiffs,**

        **-against-**                  **1:24-cv-06789 (ALC)**

   **EQUITAS CAPITAL GROUP, LLC and**     **ORDER**
   **ALEX LEYKIND,**

                    **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

     As discussed during today's telephonic pre-motion conference, the Court hereby **DENIES** Plaintiff's Motion for Reconsideration filed at ECF No. 46 at moot given Plaintiff's filing of a Second Amended Complaint at ECF No. 47.  The Court hereby **GRANTS** Plaintiff leave to file a Third Amended Complaint by **December 17, 2025.** Additionally, the parties shall appear before the Court for a settlement conference on **January 6, 2026** at **10:00am**. All parties shall appear in person in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. A representative for Plaintiff may appear by telephone. The parties shall email their settlement positions to chambers  (ALCarterNYSDChambers@nysd.uscourts.gov) separately on **January 2, 2026.**The Clerk of Court is respectfully directed to terminate the pending letter motion at ECF No. 40 and the pending motion at ECF No. 46.

**SO ORDERED.**

**Dated:**    **December 3, 2025**
          **New York, New York**

                                           **ANDREW L. CARTER, JR.**
                                         **United States District Judge**