USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/7/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
　　　　　　　　　　　　　　　　　　　　　　　:
　**MCLEAN GORDON,**　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　**Plaintiff,**　　　:　　　**1:24-cv-06789 (ALC)**
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　**-against-**　　　　　　　　:　　　**ORDER OF**
　　　　　　　　　　　　　　　　　　　　　　　:　　　**DISCONTINUANCE**
　**EQUITAS CAPITAL GROUP, LLC** and　　:
　**ALEX LEYKIND,**　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　**Defendants.**　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

　　It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within sixty days.

**SO ORDERED.**

**Dated:**　　**January 7, 2026**
　　　　　　**New York, New York**

_____
　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　**United States District Judge**